1

2

3

4

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12    COREY JEROME ELDER,                    No.  2:18-CV-3215-KJM-DMC-P

13                    Plaintiff,

14         v.                                ORDER

15    SILVA, et al.,

16                    Defendants.

17

18              Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42

19    U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge as provided by

20    Eastern District of California local rules.

21              On June 21, 2019, the Magistrate Judge filed findings and recommendations,

22    which were served on the parties and which contained notice that the parties may file objections

23    within the time specified therein.  No objections to the findings and recommendations have been

24    filed.

25              The court presumes that any findings of fact are correct.  *See Orand v. United*

26    *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

27    reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations

28    of law by the magistrate judge are reviewed de novo by both the district court and [the appellate]

court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 21, 2019, are adopted in full;

2. Defendant Silva is dismissed with prejudice; and

3. This case is referred back to the assigned magistrate judge for all further pretrial proceeds.

DATED:  August 8, 2019.

_____
UNITED STATES DISTRICT JUDGE