# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY JERROME ELDER,<br><br>Plaintiff,<br><br>v.<br><br>JOKSCH, et al.,<br><br>Defendants. | No. 2:18-CV-3215-TLN-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On February 5, 2020, the District Judge issued an order relating this action to Elder v. Silva, et al., E. Dist. Cal. case no. 2:16-CV-1925-TLN-DMC-P. See ECF No. 23. The District Judge stated:

> Here, the actions involve the same parties, are based on the same claims arising from the same underlying alleged facts, and involve the same questions of law. Indeed, it appears the entirety of Plaintiff's second-filed action is wholly encompassed by his first. . . .
>
> * * *
>
> . . .Should either party wish to consolidate the actions or dismiss the latter as duplicative, the appropriate motion or stipulations must be filed.

Id. at 2.

///

Consistent with the District Judge's order, the parties are hereby directed to file appropriate motions addressing whether the related action should be consolidated (i.e., a motion to consolidate actions) or whether the instant action should be dismissed as duplicative of the related action (i.e., a motion to dismiss duplicative action). The parties may satisfy this order by filing a stipulation on either question. The parties shall comply within 30 days of the date of this order. Failure to comply may result in the imposition of appropriate sanctions. <u>See</u> Local Rule 110.

IT IS SO ORDERED.

Dated: March 5, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE